# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

STATE OF FLORIDA,

Appellant,

v.

STEPHEN BRYCE BALSINGER,

Appellee.

No. 2D2025-1628

———————————————

April 22, 2026

Appeal from the County Court for Sarasota County; Erika Quartermaine, Judge.

James Uthmeier, Attorney General, Tallahassee, and Allison C. Heim and Lara E. Breslow, Assistant Attorneys General, Tampa, for Appellant.

Robert N. Harrison of Robert N. Harrison, P.A., Venice, for Appellee.


PER CURIAM.

Affirmed.

LUCAS, C.J., and SLEET and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.